UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.   Case No.   8:10-cr-114-T-23TBM

LAZARO RENE VILLARDE-FRANCOS
_____/

**FORFEITURE MONEY JUDGMENT**

Count One of the indictment charges Villarde-Francos with conspiracy to possess with intent to distribute and to distribute hydrocodone in violation of 21 U.S.C. § 21 U.S.C. §§ 841(a)(1) and 846.  The indictment also contains a forfeiture allegation, which provides Villarde-Francos with notice that the United States seeks a $6,000 forfeiture money judgment.  The United States moves (Doc. 95) for entry of a forfeiture money judgment as to defendants Villarde-Francos, Arencibia, and Cookbodden.

Villarde-Francos pleaded guilty on July 9, 2010, without the benefit of a plea agreement.  The United States "Notice of Maximum Penalty, Elements of Offense, Personalization of Elements and Factual Basis" (Doc. 72), provides the facts supporting (1) the defendant's conviction on the conspiracy offense charged in Count One and (2) entry of the forfeiture money judgment.  Villarde-Francos's plea was accepted on July 28, 2010.

The United States has established that Villarde-Francos obtained at least $6,000 in proceeds from his involvement in the drug trafficking conspiracy.  Accordingly, the

United States' motion (Doc. 95) is **GRANTED** as to Villarde-Francos.  Pursuant to the provisions of 21 U.S.C. § 853 and Rule 32.2(b)(2), Federal Rules of Criminal Procedure, Villarde-Francos is jointly and severally liable with co-defendants Alexander Batista, Alfredo A. Cookbodden, and Luis Alberto Arencibia for a forfeiture money judgment in the amount of $6,000, which is a final order of forfeiture as to Villarde-Francos.

Pursuant to 21 U.S.C. § 853(p), the United States may seek, as substitute assets in satisfaction of this judgment, forfeiture of any of Villarde-Francos's property up to the value of the $6,000 money judgment.   The court retains jurisdiction to entertain any third-party claim that may be asserted and to enter any order necessary to the forfeiture and disposition of any of Villarde-Francos's property sought as a substitute asset.

ORDERED in Tampa, Florida, on October 1, 2010.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE